| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 11/12/21 |

-------------------------------------------------------------- X
JUAN CARLOS MARTINEZ, *individually and on behalf of others similarly situated*,

                         Plaintiff,

     -against-

MEGA MUFFLER CENTER, CORP., *d/b/a MEGA MUFFLER AUTO REPAIR*; NELSON RODRIGUEZ,

                        Defendants.
-------------------------------------------------------------- X

21-CV-6414 (VEC)

<u>ORDER</u>

VALERIE CAPRONI, United States District Judge:

      WHEREAS Plaintiff filed this lawsuit on July 28, 2021, *see* Dkt. 1;

      WHEREAS Plaintiff has not yet served Defendant Nelson Rodriguez;

      WHEREAS on October 5, 2021, Plaintiff filed an affidavit reflecting timely service of a summons and the Complaint on Defendant Mega Muffler Center, Corp. on September 28, 2021, *see* Dkt. 7;

      WHEREAS Mega Muffler Center, Corp. has failed to appear, answer, or otherwise respond to the Complaint by the October 19, 2021 deadline to do so, *see* Fed. R. Civ. P. 12(a)(1); and

      WHEREAS Plaintiff has not applied for a certificate of default against Mega Muffler Center, Corp.;

      IT IS HEREBY ORDERED that no later than **November 26, 2021**, Plaintiff must show cause why this case should not be dismissed with prejudice for failure to prosecute under Fed. R. Civ. P. 41(b).

SO ORDERED.

                                                                            _____

Date:  November 12, 2021                                  **VALERIE CAPRONI**
        New York, NY                                        **United States District Judge**