| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 8/22/22 |
| Carlos Aguilar-Martinez,<br><br>　　　　　Plaintiffs,<br><br>- vs. –<br><br>Mega Muffler Auto Repair<br><br>　　　　　Defendants. | DOCKET NO. 1:21-cv-06414-VEC<br><br>~~Proposed~~ **Judgment** |

On August 16, 2022 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff Juan Carlos Aguilar Martinez has judgment against Defendants Mega Muffler Auto Repair (d/b/a Mega), in the amount of $40,000.00 (Forty Thousand Dollars) which is inclusive of attorneys' fees and costs.

This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiff may have as to damages, or any other form of relief, arising out of the alleged acts or omission of the Defendants, in

connection with the facts and circumstances that are the subject of this action.

This judgment is entered pursuant to Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by the Defendants, or any officer, employee or agent, either past or present of the Defendants; nor is it an admission that Plaintiff has suffered any damages.

This judgment will act to release and discharge the Defendants, their successors or assigns, and all past and present officers, employees, representatives, attorneys and agents of the Defendants, from any and all claims that were or could have been alleged by Plaintiff on behalf of himself ~~and all others similarly situated in the above-referenced action~~. This judgment will operate to waive Plaintiff's rights to any claim for interest on the amount of the judgment.

Dated: August 22, 2022

The Clerk of Court is respectfully directed to terminate any open motions and close the case.

*Valerie Caproni*

Hon. Valerie E. Caproni

2